Ava Maureen SAWYER, Plaintiff—
Appellant,

v.

CIRCUIT COURT OF FAIRFAX COUN-
TY, VIRGINIA; Arthur B. Vieregg,
Jr., Honorable; David T. Stitt, The
Honorable; Circuit Court of Freder-
ick County, Virginia; Arthur Sinclair,
The Honorable; Circuit Court of War-
ren County; Dennis Hupp, The Hon-
orable; The Supreme Court of Virgi-
nia; Justices of the Supreme Court of
Virginia; Clarence G. Williams, Jr.,
Sheriff; Robert T. Williamson, Sher-
iff; Estate of Preston Conner; Dean
S. Worcester, Defendants—Appellees.

Nos. 03–2275, 03–2313.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 20, 2004.

Ava Maureen Sawyer, Appellant pro se.
James Christian Stuchell, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia; Robert A. Dybing, Thompson &
McMullan, Richmond, Virginia; Lawrence
R. Ambrogi, County Attorney, Winchester,
Virginia; John David Griffin, Fowler, Grif-
fin, Coyne & Coyne, P.C., Winchester, Vir-
ginia, for Appellees.

Before LUTTIG, WILLIAMS, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

In these consolidated appeals, Ava Mau-
reen Sawyer appeals the magistrate
judge's order granting Defendants' Fed.
R.Civ.P. 11 motion for sanctions (No. 03–
2275) and the district court's order deny-
ing relief on her 42 U.S.C. § 1983 (2000)
complaint (No. 03–2313). In No. 03–2275,
we have reviewed the record and conclude
that the magistrate judge did not abuse his
discretion in awarding Rule 11 sanctions
against Sawyer. *See Sawyer v. Circuit
Court of Fairfax County*, No. CA–03–258–
A (E.D.Va. July 11, 2003; July 31, 2003).
In No. 03–2313, we have reviewed the
record and find no error in the district
court's order. Accordingly, we affirm for

the reasons stated by the district court. *See Sawyer v. Circuit Court of Fairfax County,* No. CA–03–258–A (E.D.Va. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*